**Fill in this information to identify your case:**

Debtor 1    ROBERT W NOKLEY SR
            First Name          Middle Name          Last Name

Debtor 2    KAREN Y NOKLEY
(Spouse, if filing) First Name   Middle Name          Last Name

United States Bankruptcy Court for the: District of Nevada  ☑

Case number  23-15361
             (If known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 10,848.00 |

## Part 2:  Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ 502,471.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 43,374.78 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ |
| **Your total liabilities** | $ 556,693.00 |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 500.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 4,225.00 |

Debtor 1   ROBERT W NOKLEY SR

First Name   Middle Name   Last Name

Case number (if known) 23-15361

---

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 500.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 424,471.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ |
| 9g. **Total.** Add lines 9a through 9f. | $ 424,471.00 |

---

Official Form 106Sum   **Summary of Your Assets and Liabilities and Certain Statistical Information**

**Fill in this information to identify your case and this filing:**

Debtor 1          Robert W Nokley Sr
                  First Name          Middle Name          Last Name

Debtor 2          Karen Y Nokley
(Spouse, if filing) First Name        Middle Name          Last Name

United States Bankruptcy Court for the: District of Nevada

Case number    23-15361

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   **1.1.** _____
   Street address, if available, or other description

   _____

   _____
   City                State     ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?     Current value of the portion you own?
   $_____    $_____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   ☐ **Check if this is community property** (see instructions)

   If you own or have more than one, list here:

   **1.2.** _____
   Street address, if available, or other description

   _____

   _____
   City                State     ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?     Current value of the portion you own?
   $_____    $_____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   ☐ **Check if this is community property** (see instructions)

Debtor 1    Robert W Nokley Sr      Case number *(if known)* 23-15361

First Name    Middle Name    Last Name

---

**1.3.**

_____
Street address, if available, or other description

_____

_____
City      State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................................ → | $_____ |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

**3.1.**   Make:    Mercedes

Model:    ML350

Year:    2014

Approximate mileage:    130,000

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $   10,000.00 | $   10,000.00 |

If you own or have more than one, describe here:

**3.2.**   Make:    _____

Model:    _____

Year:    _____

Approximate mileage:    _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

---

Official Form 106A/B      **Schedule A/B: Property**      page 2

Debtor 1    Robert W Nokley Sr        Case number (if known) 23-15361

First Name    Middle Name    Last Name

---

**3.3.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**3.4.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ❏ No
   ❏ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................... →   $ 10,000.00

---

Official Form 106A/B        **Schedule A/B: Property**

Debtor 1    Robert W Nokley Sr
First Name      Middle Name      Last Name

Case number (if known) 23-15361

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☑ No
☐ Yes. Describe.........

$ _____

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.......... 1-AV Stero

$ _____100.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☐ Yes. Describe..........

$ _____

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.......... Golf

$ _____100.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........

$ _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☑ No
☐ Yes. Describe..........

$ _____

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.......... Wedding rings

$ _____500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.......... Dog

$ _____0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............

$ _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................➔

$ _____700.00

Debtor 1   Robert W Nokley Sr
          First Name    Middle Name    Last Name

Case number (if known) 23-15361

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.............................................................................................................................    Cash: ........................ $            20.00

### 17. Deposits of money
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Robinhood | $            20.00 |
| 17.2. Checking account: | US Bank | $           128.00 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

### 18. Bonds, mutual funds, or publicly traded stocks
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

Institution or issuer name:

$
$
$

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0%    % | $ |
| | 0%    % | $ |
| | 0%    % | $ |

Official Form 106A/B                    Schedule A/B: Property                    page 5

Debtor 1   Robert W Nokley Sr
   First Name   Middle Name   Last Name

Case number *(if known)* 23-15361

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
 information about
 them.....................

Issuer name:

_____ $_____
_____ $_____
_____ $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
 account separately.

Type of account:  Institution name:

                    $_____
401(k) or similar plan: _____ $_____
Pension plan: _____ $_____
IRA: _____ $_____
Retirement account: _____ $_____
Keogh: _____ $_____
Additional account: _____ $_____
Additional account: _____ $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.........................

Institution name or individual:

Electric: _____ $_____
Gas: _____ $_____
Heating oil: _____ $_____
Security deposit on rental unit: _____ $_____
Prepaid rent: _____ $_____
Telephone: _____ $_____
Water: _____ $_____
Rented furniture: _____ $_____
Other: _____ $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.........................

Issuer name and description:

_____ $_____
_____ $_____
_____ $_____

---

Official Form 106A/B    **Schedule A/B: Property**    page 6

Debtor 1    **Robert W Nokley Sr**
First Name    Middle Name    Last Name

Case number *(if known)* 23-15361

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$_____
$_____
$_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....

$_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......................

Federal:    $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..............

$_____

Official Form 106A/B    Schedule A/B: Property    page 7

Debtor 1    **Robert W Nokley Sr**
            First Name    Middle Name    Last Name
Case number (if known) 23-15361

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company
       of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
|  |  | $_____ |
|  |  | $_____ |
|  |  | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information............                                                    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. ...................                                                 $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. ...................                                                 $_____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information............                                                    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .......................................................................... →  $              148.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

                                                                                        **Current value of the portion you own?**
                                                                                        Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No
    ☐ Yes. Describe.......                                                                           $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No
    ☐ Yes. Describe.......                                                                           $_____

Debtor 1    **Robert W Nokley Sr**                                              Case number *(if known)* 23-15361
_____
First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ❏ No
- ❏ Yes. Describe....... | $_____

41. **Inventory**

- ❏ No
- ❏ Yes. Describe....... | $_____

42. **Interests in partnerships or joint ventures**

- ❏ No
- ❏ Yes. Describe....... Name of entity:                                    % of ownership:

  _____    _____%    $_____
  _____    _____%    $_____
  _____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

- ❏ No
- ❏ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**

  - ❏ No
  - ❏ Yes. Describe........ | $_____

44. **Any business-related property you did not already list**

- ❏ No
- ❏ Yes. Give specific
  information .........    _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................................................................................... →    $_____

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☑ No. Go to Part 7.
- ❏ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
  *Examples*: Livestock, poultry, farm-raised fish

- ❏ No
- ❏ Yes...................... | $_____

Debtor 1    **Robert W Nokley Sr**

First Name    Middle Name    Last Name

Case number *(if known)* 23-15361

---

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
information. ...........
$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes. ...................
$_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes. ...................
$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
information. ...........
$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .......... → $_____

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information. ...........
$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ............... → $_____

---

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ............................................................ → $_____ 0.00

56. **Part 2: Total vehicles, line 5** $_____ 10,000.00

57. **Part 3: Total personal and household items, line 15** $_____ 700.00

58. **Part 4: Total financial assets, line 36** $_____ 148.00

59. **Part 5: Total business-related property, line 45** $_____

60. **Part 6: Total farm- and fishing-related property, line 52** $_____

61. **Part 7: Total other property not listed, line 54** + $_____

62. **Total personal property.** Add lines 56 through 61. .................. $_____    Copy personal property total → + $_____

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .................................. $_____ 10,848.00

---

Official Form 106A/B    Schedule A/B: Property    page 10

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | ROBERT W NOKLEY SR |
| | First Name       Middle Name       Last Name |
| Debtor 2 | KAREN Y NOKLEY |
| (Spouse, if filing) First Name    Middle Name       Last Name |

United States Bankruptcy Court for the: District of Nevada

Case number 23-15361
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: ML350 Auto<br>Line from *Schedule A/B*: 3 | $ 10,000.00 | ☑ $ 10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 1 of 2

Debtor 1    ROBERT W NOKLEY SR
            First Name    Middle Name    Last Name                    Case number (if known) 23-15361

---

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robert W Nokley Sr |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Karen Y Nokley |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: District of Nevada

Case number (If known)    23-15361

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** Blue Financial Credit Union
Creditor's Name
2401 E. Pershing Blvd
Number    Street

Cheyenne    WY    82001
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred    09/15/2021

Describe the property that secures the claim:

Auto 2014 Mercedes ML350

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    3  1  9  6

Column A: $_____    Column B: $ 10,000.00    Column C: $_____

**2.2** HHP Investments, LLC
Creditor's Name
Number    Street
337 West Main
Park Hills    MO    63601
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred    09/21/2022

Describe the property that secures the claim:

Judgement

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Column A: $ 78,000.00    Column B: $ 78,000.00    Column C: $_____

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 78,000.00

Debtor 1  Robert W Nokley Sr
    First Name    Middle Name    Last Name

Case number (if known) 23-15361

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|

**Part 1:** **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**IRS**
Creditor's Name

Number    Street

Ogden    UT    84201
City    State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  01/01/2014

**Describe the property that secures the claim:**

Federal tax lien

$ 424,471.00   $ 424,471.00   $ ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  1  3  1  0

---

Creditor's Name

Number    Street

City    State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$ ____   $ ____   $ ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City    State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$ ____   $ ____   $ ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 424,471.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ 502,471.00

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | ROBERT W NOKLEY SR |
| | First Name      Middle Name      Last Name |
| Debtor 2 | KAREN Y NOKLEY |
| (Spouse, if filing) | First Name      Middle Name      Last Name |

United States Bankruptcy Court for the: District of Nevada ▼

Case number 23-15361
(if known)

❑ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

     ❑ No. Go to Part 2.

     ❑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

     (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number     Street

City     State     ZIP Code

Who incurred the debt? Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ Check if this claim is for a community debt

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____    $_____    $_____

**2.2**

Priority Creditor's Name

Number     Street

City     State     ZIP Code

Who incurred the debt? Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ Check if this claim is for a community debt

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____    $_____    $_____

Debtor 1    ROBERT W NOKLEY SR    Case number *(if known)* 23-15361

First Name    Middle Name    Last Name

## Part 1:    Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____ $_____ $_____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____ $_____ $_____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____ $_____ $_____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 6

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1** JORDON LITIGATION FUNDING
Nonpriority Creditor's Name

1911 PANAMA STREET
Number        Street

PHILADELPHIA          PA          19103
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    03/20/2023

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  LAWSUIT FUNDING

$ 26,938.78

---

**4.2** CAPITAL ONE
Nonpriority Creditor's Name

P.O. BOX 30285
Number        Street

SALT LAKE CITY          UT          84130
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  1  3  1  0

When was the debt incurred?    06/20/2023

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  CREDIT CARD

$ 350.00

---

**4.3** CAPITAL ONE
Nonpriority Creditor's Name

P.O. BOX 30285
Number        Street

SALT LAKE CITY          UT          84130
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  8  0  8  9

When was the debt incurred?    01/20/2023

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  CREDIT CARD

$ 400.00

Debtor 1  ROBERT W NOKLEY SR

First Name   Middle Name   Last Name

Case number *(if known)* 23-15361

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**CAPITAL ONE**
Nonpriority Creditor's Name
P.O. BOX 30285
Number       Street
SALT LAKE CITY          UT       84130
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  1  3  1  0        $ 4,686.00

When was the debt incurred?    03/09/2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

**NV ENERGY**
Nonpriority Creditor's Name
P.O. BOX 98910
Number       Street
LAS VEGAS          NV       98910
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  1  3  1  0        $ 1,000.00

When was the debt incurred?    06/01/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UTILITY

---

**AIRBNB**
Nonpriority Creditor's Name
888 BRANNAN STREET
Number       Street
SAN FRANCISCO          CA       94103
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  1  3  1  0        $ 10,000.00

When was the debt incurred?    05/01/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  RENT

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number        Street

_____

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                            ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                            ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                            ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                            ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                            ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                            ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ❑ Part 1: Creditors with Priority Unsecured Claims
                            ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

| | | | |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $ |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ 424,471.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $ 424,471.00 |

**Total claim**

| | | | |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $ |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ |
| | 6j. Total. Add lines 6f through 6i. | 6j. | $ 424,471.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor | ROBERT W NOKLEY SR |
| | First Name      Middle Name      Last Name |
| Debtor 2 | KAREN Y NOKLEY |
| (Spouse if filing) First Name      Middle Name      Last Name |

United States Bankruptcy Court for the: District of Nevada

Case number  23-15361
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** ANNE M BURGETT<br>Name<br>999 E TROPICANA AVE<br>Number      Street<br>LAS VEGS      NV      89119<br>City      State      ZIP Code | Condo lease |
| **2.2** ___<br>Name<br>___<br>Number      Street<br>___<br>City      State      ZIP Code | |
| **2.3** ___<br>Name<br>___<br>Number      Street<br>___<br>City      State      ZIP Code | |
| **2.4** ___<br>Name<br>___<br>Number      Street<br>___<br>City      State      ZIP Code | |
| **2.5** ___<br>Name<br>___<br>Number      Street<br>___<br>City      State      ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    ROBERT W NOKLEY SR
First Name            Middle Name            Last Name

Debtor 2    KAREN Y NOKLEY
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Nevada

Case number    23-15361
(If known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                        State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.1**

Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**

Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Official Form 106H                Schedule H: Your Codebtors                page 1 of 1

**Fill in this information to identify your case:**

Debtor 1    ROBERT W NOKLEY SR
_First Name_              _Middle Name_              _Last Name_

Debtor 2    KAREN Y NOKLEY
(Spouse, if filing)  _First Name_      _Middle Name_      _Last Name_

United States Bankruptcy Court for the: District of Nevada

Case number    23-15361
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | | | |
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed ☑ Not employed | ☐ Employed ☑ Not employed |
| Include part-time, seasonal, or self-employed work. | | | |
| Occupation may include student or homemaker, if it applies. | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | | Number   Street | Number   Street |
| | | City      State   ZIP Code | City      State   ZIP Code |
| | **How long employed there?** | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 500.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ _____ | + $ _____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 500.00 | $ _____ |

Debtor 1   ROBERT W NOKLEY SR                                     Case number (if known) 23-15361
           First Name    Middle Name        Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.......................................................................➔ 4. | | $ 500.00 | $ 0.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $_____ | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $_____ | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. + $_____ | | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $_____   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 500.00   $ 0.00

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $_____   $_____

8b. **Interest and dividends**   8b.   $_____   $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $_____   $_____

8d. **Unemployment compensation**   8d.   $_____   $_____

8e. **Social Security**   8e.   $_____   $_____

8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $_____   $_____

8g. **Pension or retirement income**   8g.   $_____   $_____

8h. **Other monthly income. Specify:** _____   8h. + $_____   + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 500.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
   Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 500.00 + $ 0.00 = $ 500.00

11. **State all other regular contributions to the expenses that you list in Schedule J.**
   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
   Specify: _____   11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
   Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12.   $ 500.00
   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☐ No.
   ☑ Yes. Explain: Awaiting disablity rating. Amount unknown until ruling.

Official Form 106I                    Schedule I: Your Income                    page 2

**Fill in this information to identify your case:**

Debtor 1        ROBERT W NOKLEY SR
                First Name        Middle Name        Last Name

Debtor 2        KAREN Y NOKLEY
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the: District of Nevada

Case number    23-15361
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  expenses as of the following date:

  _____
  MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. Is this a joint case?

   ☐ No.  Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 27 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☐ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4.  $_____2,700.00

   If not included in line 4:

   4a.  Real estate taxes                                    4a.  $_____

   4b.  Property, homeowner's, or renter's insurance          4b.  $_____

   4c.  Home maintenance, repair, and upkeep expenses         4c.  $_____

   4d.  Homeowner's association or condominium dues           4d.  $_____

Debtor 1    ROBERT W NOKLEY SR

First Name    Middle Name    Last Name

Case number (if known) 23-15361

| | | **Your expenses** |
|---|---|---:|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $_____ |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $_____ |
| 6b. Water, sewer, garbage collection | 6b. | $_____ |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ |
| 6d. Other. Specify: _____ | 6d. | $_____ |
| 7. Food and housekeeping supplies | 7. | $_____700.00 |
| 8. Childcare and children's education costs | 8. | $_____ |
| 9. Clothing, laundry, and dry cleaning | 9. | $_____ |
| 10. Personal care products and services | 10. | $_____100.00 |
| 11. Medical and dental expenses | 11. | $_____ |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____100.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $_____ |
| 14. Charitable contributions and religious donations | 14. | $_____ |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $_____ |
| 15b. Health insurance | 15b. | $_____ |
| 15c. Vehicle insurance | 15c. | $_____250.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $_____ |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | $_____375.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $_____ |
| 17c. Other. Specify:_____ | 17c. | $_____ |
| 17d. Other. Specify:_____ | 17d. | $_____ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. | $_____ |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $_____ |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| 20a. Mortgages on other property | 20a. | $_____ |
| 20b. Real estate taxes | 20b. | $_____ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $_____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| 20e. Homeowner's association or condominium dues | 20e. | $_____ |

Official Form 106J                     Schedule J: Your Expenses                     page 2

Debtor 1   ROBERT W NOKLEY SR
First Name   Middle Name   Last Name

Case number (if known) 23-15361

21.  Other. Specify: _____   21.  +$ _____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.   22a.  $ _____4,225.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $ _____

22c. Add line 22a and 22b. The result is your monthly expenses.   22c.  $ _____4,225.00

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.  $ _____500.00

23b.  Copy your monthly expenses from line 22c above.   23b.  –$ _____4,225.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.   23c.  $ _____-3,725.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.   Explain here: Monthly rent amount will change.  Awaiting results of disability ruling.

Fill in this information to identify your case:

Debtor 1    ROBERT W NOKLEY SR
            First Name            Middle Name            Last Name

Debtor 2    KAREN Y NOKLEY
(Spouse, if filing) First Name   Middle Name            Last Name

United States Bankruptcy Court for the: District of Nevada    ▼

Case number  23-15361
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
Signature of Debtor 1                 Signature of Debtor 2

Date 01/22/2024                       Date 01/22/2024
     MM / DD / YYYY                        MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    ROBERT W NOKLEY SR
            First Name            Middle Name            Last Name

Debtor 2    KAREN Y NOKLEY
(Spouse, if filing) First Name   Middle Name            Last Name

United States Bankruptcy Court for the: District of Nevada

Case number   23-15361
(If known)

☐ Check if this is an
amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| 1637 DIA DEL SOL WAY <br> Number    Street | From 10/19/2019 <br> To 06/30/2023 | Number   Street | From _____ <br> To _____ |
| LAS VEGAS        NV    89128 <br> City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ <br> To _____ | Number   Street | From _____ <br> To _____ |
| City          State  ZIP Code | | City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

Debtor 1    ROBERT W NOKLEY SR
            First Name      Middle Name        Last Name                                Case number (if known) 23-15361

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 4,981.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 70.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>　　　　　　　　　　YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>　　　　　　　　　　YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

Debtor 1   ROBERT W NOKLEY SR
First Name        Middle Name        Last Name

Case number (if known) 23-15361

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| AirBnB<br>Creditor's Name | 10/10/2023 | $ 8,100.00 | $ 0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| 888 Brannan St<br>Number   Street | 11/10/2023 | | | ☐ Loan repayment |
| | 12/10/2023 | | | ☐ Suppliers or vendors |
| San Francisco  CA  94103<br>City        State        ZIP Code | | | | ☑ Other Rent |
| AT&T Wireless<br>Creditor's Name | | $ 787.50 | $ 262.50 | ☐ Mortgage<br>☐ Car |
| 2270 LAKESIDE BLVD<br>Number   Street | | | | ☐ Credit card<br>☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| RICHARDSON  TX  75082<br>City        State        ZIP Code | | | | ☑ Other Phone |
| <br>Creditor's Name | | $ | $ | ☐ Mortgage<br>☐ Car |
| <br>Number   Street | | | | ☐ Credit card<br>☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| <br>City        State        ZIP Code | | | | ☐ Other _____ |

Debtor 1    ROBERT W NOKLEY SR
      First Name     Middle Name     Last Name

Case number *(if known)* 23-15361

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

Debtor 1   ROBERT W NOKLEY SR
      First Name    Middle Name    Last Name

Case number *(if known)* 23-15361

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title HHP INVESTMENTS LL<br>vs ROBERT & KAREN NOKLE<br><br>Case number 23SF-CC00008 | Property purchase disagreement. | 24th Judicial Circuit CT<br>Court Name<br>1 West Liberty Street<br>Number   Street<br>Farmington     MO   63640<br>City         State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title ROBERT W NOKLEY<br>vs ROI DAVID AMRAM<br><br>Case number A-23-866309-C | Personal Injury Claim Case dismissed, attorney for plaintiff quit case a replacement was not found.  Case dropped. | District Court Clark County Nevada<br>Court Name<br>200 LEWIS<br>Number   Street<br>LAS VEGAS     NV   89115<br>City         State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br><br>Number   Street<br><br>City         State   ZIP Code | | | $_____ |

Explain what happened

☐  Property was repossessed.
☐  Property was foreclosed.
☐  Property was garnished.
☐  Property was attached, seized, or levied.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br><br>Number   Street<br><br>City         State   ZIP Code | | | $_____ |

Explain what happened

☐  Property was repossessed.
☐  Property was foreclosed.
☐  Property was garnished.
☐  Property was attached, seized, or levied.

Debtor 1    ROBERT W NOKLEY SR
      First Name    Middle Name    Last Name           Case number *(if known)* 23-15361

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 6

Debtor 1    ROBERT W NOKLEY SR                                    Case number (if known) 23-15361
            First Name    Middle Name       Last Name

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| Personal property theft | Our personal items where in temporary storage, the storage unit was burglarized no recovery. | 03/11/2023 | $ 30,000.00 |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    ROBERT W NOKLEY SR                                    Case number (if known) 23-15361
            First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| | | | |
| City        State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| City        State    ZIP Code | | | |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | |
| Number    Street | | | _____ |
| | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| | | | |
| Number    Street | | | _____ |
| | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 8

Debtor 1    ROBERT W NOKLEY SR
            First Name    Middle Name    Last Name                                    Case number (if known) 23-15361

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br><br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br><br>Number   Street<br><br><br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br><br>City    State    ZIP Code | Name<br><br>Number   Street<br><br><br>City    State    ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1   ROBERT W NOKLEY SR
First Name   Middle Name   Last Name

Case number (if known) 23-15361

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Zippy Shell Moving & Storage<br>Name of Storage Facility<br><br>882 AMERICAN PACIFIC DT<br>Number   Street<br><br><br>HENDERSON   NV   89115<br>City   State   ZIP Code | Packrat Moving & Storage<br>Name<br><br>3030 N. LAMB BLVD<br>Number   Street<br><br>LAS VEGAS   NV   89115<br>City State  ZIP Code | Personal property moving & storage | ☐ No<br>☑ Yes |

### Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br><br>Number   Street<br><br><br>City   State   ZIP Code | Number   Street<br><br><br>City   State   ZIP Code | | $_____ |

### Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br><br>Number   Street<br><br><br>City   State   ZIP Code | Governmental unit<br><br>Number   Street<br><br>City   State   ZIP Code | | _____ |

Debtor 1    ROBERT W NOKLEY SR
             First Name    Middle Name    Last Name

Case number (if known) 23-15361

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City       State   ZIP Code | City         State   ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City       State   ZIP Code | | |

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| NOKLEY GROUP<br>Business Name | Healthcare fiance industry broker | EIN: __ __ - __ __ __ __ __ __ |
| 8414 Farm Road<br>Number   Street | Name of accountant or bookkeeper | Dates business existed |
| #1139 | | From 01/01/1990 To 12/31/2023 |
| Las Vegas   NV   89131<br>City         State   ZIP Code | | |
| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City         State   ZIP Code | | From _____ To _____ |

Debtor 1    ROBERT W NOKLEY SR    Case number *(if known)* 23-15361
First Name    Middle Name    Last Name

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City        State    ZIP Code | | From _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

**Date Issued**

Name

MM / DD / YYYY

Number    Street

City        State    ZIP Code

---

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *[signature]*

Signature of Debtor 1

✗ _____

Signature of Debtor 2

Date  1/22/24

Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1   ROBERT W NOKLEY SR
           First Name        Middle Name                Last Name

Debtor 2   KAREN Y NOKLEY
(Spouse, if filing)  First Name   Middle Name           Last Name

United States Bankruptcy Court for the: District of Nevada

Case number   23-15361
(If known)

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☐ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☑ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☑ No.  Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
          10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☑ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ I am performing a homeland defense activity for at least 90 days.

         ☐ I performed a homeland defense activity for at least 90 days, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

Official Form 122A-1Supp          Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

DEBTOR1:  ROBERT W NOKLEY SR
DEBTOR2:  KAREN Y NOKLEY

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

CASE NUMBER: 23-15361

AMENDEM FILING

1/22/2024

CREDITOR MATRIX

---

AIRBNB
888 BRANNAN STREET
SAN FRANCISCO, CA 94103

ANNE M BURGETT
999 E TROPICANA AVE
LAS VEGAS, NV 89119

AT&T WIRELESS
2270 LAKESIDE BLVD
7TH FLOOR
RICHARDSON, TX 75082

BLUE FINANCIAL CREDIT UNION
2401 E. PERSHING BLVD
CHEYENNE, WY 82001

CAPITOL ONE
P.O. BOX 30285
SALT LAKE CITY, UT 84130

COX COMMUNICATIONS
1700 VEGAS DRIVE
LAS VEGAS, NC 89106

CREDIT ONE
P.O. BOX 98871
LAS VEGAS, NV 89193

HHP INVESTMENTS
337 WEST MAIN
PARK HILLS, MO 63601

IRS
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101-7346

Page 1 of 2

DEBTOR1:  ROBERT W NOKLEY SR
DEBTOR2:  KAREN Y NOKLEY

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

CASE NUMBER: 23-15361

AMENDEM FILING

1/22/2024

CREDITOR MATRIX

---

JORDON LITIGATION FUNDING
1911 PANAMA ST
PHILADELPHIA, PA 19103


JP MORGAN CHASE BANK
MAIL CODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203


LAS VEGAS VALLEY WATER DISTRICT
1001 SOUTH VALLEY VIEW BLVD
LAS VEGAS, NV 89153


NV ENERGY
P.O. BOX 98910
LAS VEGAS, NV  89151-0001

PACKRAT STORAGE
3030 N. LAMB BLVD
SUITES 108 - 110
LAS VEGAS, NV 89115


Progressive Corporation
6300 Wilson Mills Rd.
MAYFIELD VILLAGE, OH 44143

SOUTH BAY AUTO AUCTION
13210 NORMANDIE AVE
GARDENA, CA 90249


ZIPPY MOVING AND STORAGE
882 AMERICAN PACIFIC DT
SUITE C
HENDERSON, NV 89014